**Dismissed and Opinion Filed May 24, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01086-CV

## IN THE INTEREST OF J.B.N., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51998-2011**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion to dismiss the appeal. Because

appellant no longer wishes to pursue the appeal, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

<table>
<tr><td></td><td>/Erin A. Nowell//</td></tr>
<tr><td>201086f.p05</td><td>ERIN A. NOWELL<br>JUSTICE</td></tr>
</table>



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.B.N., A CHILD

No. 05-20-01086-CV

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-51998-2011.
Opinion delivered by Justice Nowell. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Mary Katherine Nelson recover her costs of this appeal from appellant Eric Nelson.

Judgment entered this 24th day of May, 2021.